People v Hospedales (2025 NY Slip Op 51408(U))

[*1]

People v Hospedales (Anthony)

2025 NY Slip Op 51408(U)

Decided on September 11, 2025

Appellate Term, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on September 11, 2025
SUPREME COURT, APPELLATE TERM, FIRST DEPARTMENT

PRESENT: Brigantti, J.P., Tisch, James, JJ.

570751/19

The People of the State of New York, Respondent, 
against
Anthony Hospedales, Defendant-Appellant.

In consolidated criminal proceedings, defendant appeals from two judgments of the Criminal Court of the City of New York, Bronx County (Michael John Hartofilis, J.), each rendered October 29, 2019, convicting him, upon his pleas of guilty, of criminal trespass in the third degree and driving while intoxicated, and imposing sentence.

Per Curiam.
Judgments of conviction (Michael John Hartofilis, J.), rendered October 29, 2019, modified, as a matter of discretion in the interest of justice, to the extent of vacating the mandatory surcharges and fees imposed on the criminal trespass in the third degree conviction under docket number 2019BX025154, and otherwise affirmed.
Based on our own interest of justice powers, we vacate the surcharges and fees imposed on defendant at sentencing with respect to the criminal trespass in the third degree conviction (see Penal Law § 140.10 [a]; People v Chirinos, 190 AD3d 434, 435 [2021]). We note that the People do not oppose this relief. However, as defendant concedes, he is not entitled to vacatur of the mandatory surcharge and fees imposed for the driving while intoxicated conviction (see People v Castro, 223 AD3d 20 [2023], lv denied 41 NY3d 964 [2024]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: September 11, 2025